FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRACE CAMPBELL, SOLAMEIN CAMPBELL,<br><br>     Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA, ROBIN DEZELLEM, individually and in her official capacity as an employee of the UNITED STATES OF AMERICA,<br><br>     Defendants. | CASE NO:  2:26-CV-0196-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal of Defendant Dezellem (ECF No. 7).  Having reviewed the file and the records therein, the Court is fully informed.

The parties stipulate that Defendant Dezellum should be dismissed in the above-entitled matter pursuant to 28 U.S.C. § 2679(d), with prejudice and with each party bearing their own costs, fees, and expenses.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to 28 U.S.C. § 2679(d) and the parties' stipulation, Defendant Robin Dezellem is **DISMISSED** from this action with prejudice and with each party bearing its own costs, fees, and expenses.

The District Court Executive is directed to enter this Order and adjust the docket accordingly.

DATED July 21, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2